FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2020 FEB 11 PM 3:07

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | : | |
| | : | |
| VS. | : | CASE NO: 3:12-CR-00003-12 |
| | : | |
| GARY WESLEY | : | |

## ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

WHEREAS, S. Ryan Dixon, counsel for Gary Wesley in the above-styled case, filed his Motion for Leave of Absence herein in which he properly requested this Honorable Court for leave of absence from this Court for the times covering February 14 and 17, 2020, April 6-10, 2020 and June 22-26, 2020 for family vacation.

IT IS HEREBY ORDERED AND ADJUDGED that said Motion for Leave of Absence is granted regarding the aforementioned dates.

SO ORDERED this 11th day of February, 2020.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Order prepared by:
S. Ryan Dixon
Attorney for Defendant, Gary Wesley
State Bar No. 223392
125 N. Franklin Street
Dublin, Georgia 31021
478/272-3545
478/272-8853 Fax
email: ryanngt@bellsouth.net
       kbarrentine@bellsouth.net